IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CGI TECHNOLOGIES AND          )
SOLUTIONS INC.,               )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )      2:16cv20-MHT
                              )           (WO)
BUTTER AND EGG ADVENTURES,    )
LLC, etc.,                    )
                              )
     Defendant.               )
```

OPINION AND ORDER

Plaintiff, a Delaware corporation, filed this lawsuit against defendant, an Alabama corporation, for statutory subrogation of claims including negligence or wantonness, failure to provide safe premises, negligent supervision, and <u>respondeat superior</u>, all stemming from injuries suffered by one of plaintiff's employees at defendant's place of business and plaintiff's resultant payment of worker's compensation.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the defendant's motion to dismiss for lack of subject-matter jurisdiction be

denied.  Also before the court is the defendant's objection to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted. Although the defendant objects in part on the basis of a preference for workmen's compensation claims being handled in state courts, due to those courts' increased accessibility and convenience for the worker, this case is not between the worker and his employer and therefore does not implicate such concerns.

***

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant's objection (doc. no. 18) is overruled.

(2) The magistrate judge's recommendation (doc. no. 17) is adopted.

(3) Defendant's motion to dismiss (doc. no. 10) is denied.

This case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 15th day of November, 2016.

                             /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**