IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CGI TECHNOLOGIES AND SOLUTIONS, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. ) 2:16cv20-MHT ) (WO) ) |
| BUTTER AND EGG ADVENTURES, LLC | ) ) ) |
| Defendant. | ) |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed in its entirety with prejudice and with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 6th day of April, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**